IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. LARSON, | 1:05-CV-00817 OWW SMS P |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| J. NEUBARTH, M.D., et al., | **OR** PAY BALANCE OF FILING FEE |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 27, 2005, Mary Lemos submitted a $150.00 partial filing fee on behalf of plaintiff regarding his complaint filed on June 22, 2005. Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is required to pay the statutory filing fee of $250.00 for this action.[1] Plaintiff is required to pay the balance of $100.00 for the filing fee, or submit an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

---

[1] Effective February 7, 2005, the statutory filing fee for all civil actions except applications for writs of habeas corpus is 250.00. 28 U.S.C. § 1914(a).

pauperis.

    2.  Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the balance of $100.00, for a total of $250.00, filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   August 12, 2005**            **/s/ Sandra M. Snyder**
b6edp0                                        UNITED STATES MAGISTRATE JUDGE