UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD L. LARSON, | ) | 1:05-CV-0817 OWW SMS P |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #7) |
| J. NEUBARTH, M.D., et al., | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 27, 2006, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted THIRTY DAYS **FROM THE DATE OF SERVICE OF THIS ORDER**[1] in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   July 6, 2006**              /s/ Sandra M. Snyder
b6edp0                            UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Plaintiff's initial thirty day deadline does not expire until July 24, 2006. In the future, Plaintiff should not request more time until closer to the deadline.